UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                     Plaintiff,

                                                                  DECISION & ORDER

        -vs-                                                           05-CR-6068L
                                                                          12-CV-6659L

GLENN HARPER,

                     Defendant.
_____

      By Decision and Order filed January 22, 2014, this Court denied defendant Glenn Harper's *pro se* motion brought pursuant to 28 U.S.C. § 2255 (Dkt. #235). The Court assumes the parties' familiarity with that decision and order as well as the prior appealability in this case.

      Harper has now filed a motion to alter the judgment pursuant to Fed. R. Civ. P. 59(e) (Dkt. #236). The Court has reviewed Harper's most recent motion and finds no reason whatsoever to alter or modify the Court's prior January 22, 2014 decision denying Harper's motion pursuant to § 2255; nor do I find any reason to grant a certificate of appealability. Harper has failed to make a substantial

      IT IS SO ORDERED.

                                                             _____
                                                                DAVID G. LARIMER
                                                             United States District Judge

Dated: Rochester, New York
       March 19, 2014.